UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14562-RLR

SALVATORE SOFIA, *on behalf of himself*
*and all others similarly situated,*

    Plaintiff,

v.

SOLOMON, VIGH, P.A., *a Florida*
*Professional Corporation* and
MARVIN SOLOMON, *individually,*

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SALVATORE SOFIA, gives notice to the Court that Plaintiff has agreed upon the terms of an individual settlement with Defendants, SOLOMON, VIGH, P.A. and MARVIN SOLOMON.

Plaintiff requests 45 days to draft and execute the Settlement Agreement and effectuate its terms before being required to submit closing documents to the Court.

    Respectfully submitted,

    */s/ Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 0041920
    DESMOND LAW FIRM, P.C.
    5070 Highway A1A, Suite D
    Vero Beach, Florida 32963
    Telephone (772) 231-9600
    Facsimile (772) 231-0300

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing to:

**SERVICE LIST**
Robert A. Vigh
Florida Bar No. 0991902
SOLOMON, VIGH, P.A.
P.O. BOX 3275
Tampa, Florida 33601
Telephone: 813.229.0115
Facsimile: 813.229.2158
rvigh@sgc-law.com
robvigh@gmail.com
*Attorney for Defendants*

    Respectfully submitted,

    */s/ Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 0041920
    DESMOND LAW FIRM, P.C.
    5070 Highway A1A, Suite D
    Vero Beach, Florida 32963
    Telephone: (772) 231.9600
    Facsimile: (772) 231.0300

    *Attorney for Plaintiff*