UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14562-ROSENBERG/LYNCH

SALVATORE SOFIA, *on behalf of himself
and all others similarly situated,*

    Plaintiff,

v.

SOLOMON, VIGH, P.A., *a Florida
Professional Corporation* and
MARVIN SOLOMON, *individually,*

    Defendants.
_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

This cause is before the Court on the Plaintiff's Notice of Settlement. DE 21. The Court has been informed that the parties have reached a settlement agreement. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within forty-five (45) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of April, 2017.

                                                  ROBIN L. ROSENBERG
Copies furnished to Counsel of Record      UNITED STATES DISTRICT JUDGE