UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14562-RLR

SALVATORE SOFIA, *on behalf of himself
and all others similarly situated,*

      Plaintiff,

v.

SOLOMON, VIGH, P.A., *a Florida
Professional Corporation* and
MARVIN SOLOMON, *individually,*

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants, SOLOMON VIGH, P.A. and MARVIN SOLOMON and the Plaintiff, SALVATORE SOFIA, by and through the undersigned counsel, pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

    Respectfully submitted,

    */s/ Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 0041920
    DESMOND LAW FIRM, P.C.
    5070 Highway A1A, Suite D
    Vero Beach, Florida 32963
    Telephone (772) 231-9600
    Facsimile (772) 231-0300
    *Attorney for Plaintiff*

1

/s/ Robert A. Vigh
Robert A. Vigh
Florida Bar No. 0991902
SOLOMON, VIGH, P.A.
P.O. BOX 3275
Tampa, Florida 33601
Telephone: 813.229.0115
Facsimile: 813.229.2158
rvigh@sgc-law.com
robvigh@gmail.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing to:

**SERVICE LIST**
Robert A. Vigh
Florida Bar No. 0991902
SOLOMON, VIGH, P.A.
P.O. BOX 3275
Tampa, Florida 33601
Telephone: 813.229.0115
Facsimile: 813.229.2158
rvigh@sgc-law.com
robvigh@gmail.com
*Attorney for Defendants*

Respectfully submitted,

/s/ Leo W. Desmond
Leo W. Desmond, Esq.
Florida Bar No. 0041920
DESMOND LAW FIRM, P.C.
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: (772) 231.9600
Facsimile: (772) 231.0300
*Attorney for Plaintiff*